# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>RODNEY L. SPELLS<br><br>*Defendant(s)* | Case No.<br>1:18-mj-0118 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 26, 2018__ in the county of __Marion__ in the __Southern__ District of __Indiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Celia A. Wright, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/07/2018

*Judge's signature*

City and state:  Indianapolis, Indiana

Tim A. Baker, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

**AFFIDAVIT IN SUPPORT OF**
**<u>CRIMINAL COMPLAINT</u>**

I, Special Agent Celia A. Wright, being first duly sworn, hereby depose and state as follows:

**<u>INTRODUCTION AND AGENT BACKGROUND</u>**

1. I make this affidavit from personal knowledge based on my participation in this investigation, including witness interviews by myself and/or other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or facts of which I am aware of relating to this investigation.

2. I am currently a criminal investigator (Special Agent) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed as such for approximately three (3) years. I have been involved in numerous firearm and narcotics investigations and have been the affiant on numerous federal search warrants and federal criminal complaints. I have had training at Federal Law Enforcement Training Center (FLETC) in the Criminal Investigator Training Program and ATF Special Agent Basic Training. I also have three years of experience as a math teacher and obtained a bachelor's degree in mathematics and master's degree in administration and leadership.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, officers, informants and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

1

## **PROBABLE CAUSE**

4. ATF is conducting a criminal investigation concerning Rodney L. Spells (SPELLS), B/M, DOB XX/XX/1988, for a violation of 18 U.S.C. § 922(g)(1) (Felon in Possession of a Firearm) among other potential state and federal criminal violations.

5. On January 29, 2018, I reviewed an Indianapolis Metropolitan Police Department (IMPD) report regarding the January 26, 2018, IMPD consent search of 21XX (redacted but known to me) Eagleview Drive in Indianapolis, Indiana (within the Southern District of Indiana). The following is a brief summary of those events based upon my review of the IMPD reports and conversations with the officers involved.

6. On January 26, 2018, IMPD Northwest District detectives and officers were looking for SPELLS, who had an active state arrest warrant for "possession of a firearm by serious violent felon." IMPD officers and detectives had previous knowledge that SPELLS was associated with a gray Ford F150, and located a vehicle similar to that description in front of 21XX Eagleview Drive, Apartment X (redacted but known to me), in Indianapolis, Indiana. Detectives and officers knew SPELLS had a child with a female who lived at said address. Detectives and officers knocked at the door of the apartment, identified themselves, and waited approximately one half hour for SPELLS to exit the apartment. SPELLS stated that he did not live at the apartment and was just there visiting.

7. Officers spoke with the female who resided at the apartment as well as the female's mother, who said she was also on the lease agreement. (Both of the women's identities are known to me.) The female's mother consented to a search of the apartment. The female resident of the apartment did not object.

8. An IMPD detective located a black Taurus pistol, bearing serial number TZJ19474, in a cereal box behind the refrigerator in the kitchen of the apartment. The firearm was loaded with 15 rounds of 9mm ammunition in its magazine and 1 round of 9mm ammunition in the chamber. At that point, a firearm liaison was requested, and Officer Pankonie arrived on scene to process the firearm for potential fingerprints and DNA.

9. The fingerprints taken from the magazine inserted in the Taurus pistol were subsequently processed and compared by the Marion County Lab and found to match SPELLS' fingerprints.

10. On or about February 2, 2018, I obtained SPELLS' Computerized Criminal History and discovered the following felony convictions punishable by more than one year imprisonment:

　　a. In or around June 2009, SPELLS was convicted in the Marion County Superior Court of one (1) felony count of burglary, Cause Number 49G05-0607-FB-124252.

　　b. In or around April 2009, SPELLS was convicted in Marion County Superior Court of one (1) count of felony possession of cocaine/narcotic drug, Cause Number 49G23-0807-FA-166600.

　　c. In or around October 2006, SPELLS was convicted in the Marion County Superior Court of one (1) count of felony residential entry, Cause Number 49G05-0607-FB-124847.

11. On February 6, 2018, SA Wright contacted ATF Interstate Nexus Expert SA Eric Jensen regarding the above-described Taurus pistol. Based upon the verbal description of the Taurus, 9mm pistol, bearing serial number TZJ19474, SA Jensen determined that it is a firearm as defined in Title 18, United States Code, Section 921(a)(3), and that the firearm was manufactured outside of the State of Indiana.

## CONCLUSION

12.    Based on the facts set forth herein, I respectfully submit that probable cause exists to believe that on or about January 26, 2018, Rodney L. SPELLS, B/M, DOB XX/XX/1988, having been previously convicted of a crime punishable by more than one year imprisonment, did knowingly possess a firearm, to wit: a Taurus, 9mm pistol, bearing serial number TZJ19474, that had moved in interstate or foreign commerce, in violation of 18 U.S.C. § 922(g)(1).

_____
Special Agent Celia A. Wright
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to and subscribed before me this 7th day of February, 2018.

_____
The Honorable Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

4