UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*FILED MAR 13 2018 U.S. CLERK'S OFFICE INDIANAPOLIS, INDIANA*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CAUSE NO. |
| ) | |
| RODNEY L. SPELLS, ) | 1:18-cr-0073 TWP -MJD |
| ) | |
| Defendant. ) | |

## INDICTMENT

### COUNT 1
[ Convicted Felon in Possession of a Firearm and Ammunition – 18 U.S.C. § 922(g)(1) ]

The Grand Jury charges that:

On or about January 26, 2018, in the Southern District of Indiana, Indianapolis Division, the Defendant, RODNEY L. SPELLS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year,

To wit: Possession of Cocaine or Narcotic, in Marion County, Indiana, Superior Court, on or about April 1, 2009; Burglary, in Marion County, Indiana, Superior Court, on or about October 31, 2006; and, Residential Entry, in Marion County, Indiana, Superior Court, on or about October 31, 2006,

Did knowingly possess a firearm and ammunition, to wit: a Taurus, Model PT 24/7, 9mm pistol, serial number TZJ18474, and sixteen (16) rounds of 9mm ammunition, said firearm and ammunition having been shipped and transported in interstate and foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations in Count One of this Indictment are re-alleged as if fully set forth here, for the purpose of giving the defendant notice of the United States' intent to seek forfeiture pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

2. If convicted of the offense set forth in Count One of this Indictment, RODNEY L. SPELLS shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the offense of which he is convicted.

A TRUE BILL:

███████████████
FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _M. Kendra Klump_ (signature)
M. Kendra Klump
Assistant United States Attorney