UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:18-cr-00073-TWP-MJD |
| RODNEY L. SPELLS, | ) ) | -01 |
| Defendant. | ) ) | |

**CLERK'S ENTRY**
for December 11, 2019

Pursuant to Southern District of Indiana Local Rule 79-1, counsel are advised that exhibits received in the above cause (2 Government paper exhibits) are now released and available for removal in the U.S. District Court Clerk's Office, 46 East Ohio Street, Room 105, Indianapolis, IN 46204, during normal business hours, Monday – Friday, 8:30 a.m. to 4:30 p.m.

If unclaimed, exhibits will be disposed of on 12/27/2019.

Laura A. Briggs,
Clerk of Court

By Tanesa Genier
Deputy Clerk

Distribution:

Lindsay E. Karwoski
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
lindsay.karwoski@usdoj.gov

M. Kendra Klump
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
kendra.klump@usdoj.gov